| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ERICA L. ANDERSON<br>Special Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-PO-00556-EFB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [~~PROPOSED~~] ORDER |
| v. | DATE: March 5, 2018 |
| SONIL K. KUMAR, | TIME: 10:00 a.m.<br>COURT: Hon. Edmund F. Brennan |
| Defendant. | |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, Erica L. Anderson, and defendant, SONIL K. KUMAR, by and through his counsel of record, Linda C. Allison, hereby stipulate as follows:

1. By previous order, this Court set this matter for a status conference on March 5, 2018 at 10:00 a.m., and excluded time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., between January 9, 2018 and March 5, 2018 pursuant to Local Code T4.

2. By this Stipulation, the parties move to continue the status conference to March 6, 2018 at 1:30 p.m., and to exclude time between March 5, 2018 and March 6, 2018, under Local Code T4.

///

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for the government is no longer available to attend the status conference on March 5, 2018.

    b. Counsel for government believes that failure to grant the above-requested continuance would deny the government continuity of counsel.

    c. The defendant does not object to the continuance.

    d. The Court Staff Interpreter does not object to this continuance and has been informed by defense counsel regarding this scheduling change.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

    f. For the purpose of computing time under the Speedy Trial Act, within which trial must commence, the time period of March 5, 2018 to March 6, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the government's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.

Dated:  February 26, 2018                    McGREGOR W. SCOTT
                                             United States Attorney


                                       By:   */s/ Erica L. Anderson*
                                             ERICA L. ANDERSON
                                             Special Assistant United States Attorney


Dated:  February 26, 2018                    */s/ Linda C. Allison* (as authorized on 2/26/18)
                                             LINDA C. ALLISON
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             SONIL K. KUMAR


### [PROPOSED] ORDER

        IT IS SO ORDERED.


DATED: February 27, 2018
                                             HON. EDMUND F. BRENNAN
                                             United States Magistrate Judge